UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, et al.<br><br>Defendants. | NO. 20-cv-943-WBV-KWR<br><br>SECTION: D(4) |

### [PROPOSED] ORDER

The Court, having considered the Parties' August 25, 2020 joint motion for an extension of time, HEREBY ORDERS as follows:

1. The joint motion is GRANTED;

2. Plaintiff's opening summary judgment motion, if necessary, shall be filed on or before October 30, 2020; and

3. Defendants' response in opposition or cross-motion for summary judgment, if necessary, shall be filed on or November 18, 2020.

4. If a final listing determination for the eastern black rail is sent to the Federal Register for publication prior to Plaintiffs' filing of their opening summary judgment motion, the Parties shall submit a joint status report to the Court within two weeks of the final determination's publication in the Federal Register alerting this Court of what outstanding issues, if any, remain in this matter.

5. The currently scheduled Final Pretrial Conference and Trial dates are vacated.

2

SO ORDERED this _____ day of August, 2020.

_____
Hon. Wendy B. Vitter
U.S. District Judge